■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE HARRISON, Appellant. [608 NYS2d 858] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered March 19, 1992, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence adduced at trial in the light most favorable to the People *(see,*

*People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Miller, J. P., O'Brien, Ritter and Krausman, JJ., concur.